
NW 340

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

2017 SEP 12 A 11:17

U.S. DISTRICT COURT
N.D. OF ALABAMA

Rocky Joe Mertens
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Case No. _____
(to be filled in by the Clerk's Office)
3:17-cv-01553-VEH-JEO

Franklin County Jail and shannon Oliver
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Rocky Joe Mertens
All other names by which you have been known:
ID Number: 95 4088 and my AIS# 191522
Current Institution: Franklin County Jail
Address: 748 Walnut Gate Rd.
Russellville, Alabama 35654
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Shannon Oliver
Job or Title *(if known)*: Sheriff
Shield Number:
Employer: Franklin County Jail
Address: 748 Walnut Gate Rd.
Russellville, Alabama 35654
City / State / Zip Code
☐ Individual Capacity   ☒ Official Capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

    Name  _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

        *City*    *State*    *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

    Name  _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

        *City*    *State*    *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? *Medical Practice*

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _Still in the County Jail_
*(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
_In Medium dorm at the Franklin County Alabama jail_

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 29, 2017 at approximately 4:00 P.M

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Other inmates in dorm witnessed but it was all caught on camera on the date of injury.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Pointing and ring fingers are broken in half behind the knuckle and the middle finger is detached from the wrist.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am suing for pain and suffering and for medical neglect. They X-rayed me right after the incident and were able to clearly see the complete breaks in my hand and not only was I only given ibuprophen which is not rated strong enough for an injury of this extreme but I had to sign saying that I would pay my fee for them myself before I could get them. Then the nurse tried to talk me out of going to a bone and joint clinic and to allow them to treat me with there on site Health Doctor. I implyed I want to see a bone doctor. I still have not been treated.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Franklin County Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_I filed a grievance for my Broken hand and informed that I was in excrutiating pain and they were about to have to taz me if I didn't get me help._

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   On the kiosk in the Dorm they moved me to which is now minimum

2. What did you claim in your grievance?
   Medical neglect for the pain I was suffering

3. What was the result, if any?
   Still the same results

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   I was taken to the bone and joint clinic a couple of days ago where they told me they would have to do a CT scan on it to determine what procedures would be next and that it was not yet approved by the jail. I am still suffering

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I have also spoke with the Captain of the jail and she stated she was going to speak with the Judge

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* to try and get me released

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes    on another injury

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _Rocky Martin_

    Defendant(s) _Cullman County Correction Facility & Sheriff Gentry_

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _Cullman County._

3.  Docket or index number

    _N/A_

4.  Name of Judge assigned to your case

    _N/A_

5.  Approximate date of filing lawsuit

    _April 2016_

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

    _I got out and due to being homeless I wasn't able to follow up._

9

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Rocky Joe Mertens
Prison Identification #: 954088 or ais # 191500
Prison Address: Franklin County Jail 745 Walnut Gate rd.
Russellville      Alabama      35654
City              State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2017
           (Date)

_Rocky Mertens_
Signature of Plaintiff

10

Notice of said incident by of Mother                               September 8, 2017

The jail does not have enough uniforms to go around. When I was booked in I wasn't furnished any socks or underwear. I was fortunate enough to hustle up some off other inmates. What is known in here as "Getting it off the land."

Whenever I got moved into population I knew I was going to have trouble as the laundry man stated that they would try to take my uniform because it was the only new one left. I laughed! little did I know it was a warning to an event that would change my life forever.

August 29, 2017 at approximately 4:00 Pm an inmate came over to the table I was seated at in Medium dorm and abruptly stated he was going to get my clothes. So I did what any man would have done and stood up to defend myself for the only uniform I had and that's when I was drove back into a group of inmates to be Judged it out. On the footage of the servailance you will see that I tried to talk him down so he hit me and I was struck in the face so in an attempt to defend myself I hit him in fear for my life, and struck him to the ground. Jesse Francisco then jumped up and was able to keep the other 3 from Judging me out before the Officer came in. The lick to the other inmate is when I broke my hand in half a dozen places and I am currently still waiting to receive medical attention.